THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY CONCEPTION ANDERSON,

Plaintiff,

v.

SNOHOMISH COUNTY, *et al.*,

Defendants.

CASE NO. C25-1705-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On January 6, 2026, Defendants moved for partial judgment on the pleadings. (*See* Dkt. No. 24.) Included in the motion, and subsequent briefing, is argument regarding the import of prosecutorial immunity to the claims asserted here. (*See, e.g.*, Dkt. No. 24 at 9–12, 25 at 7–12, 26 at 1–3.) The reach of such immunity is largely a matter of state law. The boundaries of which (at least based upon the facts alleged here) do not yet appear clearly determined to this Court. Thus, the Court finds it appropriate to certify the issue to the Washington Supreme Court. *See* RCW 2.60.020; *see also Alaska Airlines, Inc. v. United Airlines, Inc.*, 902 F.2d 1400, 1402 n.1 (9th Cir. 1990) (*sua sponte* certifying a question of state law).

Before doing so, though, the Court seeks supplemental briefing from the parties as to (a) whether there is, in fact, a question worthy of certification here and (b) if so, what that question

MINUTE ORDER
C25-1705-JCC
PAGE - 1

should be (*i.e.*, how the Court frame it to the Washington Supreme Court). Within seven days of this order, the parties are DIRECTED to submit supplemental briefs not exceeding 10 pages of argument (one supplemental brief by Plaintiff and one supplemental brief from the collective defendants) on this issue.

DATED this 18th day of February 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-1705-JCC
PAGE - 2