Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY CONCEPTION ANDERSON,

                    Plaintiff,

    vs.

SNOHOMISH COUNTY, et al.,

                   Defendants.

NO. 2:25-cv-1705-JCC

[PROPOSED] ORDER GRANTING MOTION TO FILE AGREED AMENDED ANSWER

This matter came before the Court on the Defendants' Motion to File an Agreed Amended Answer.  The Court has reviewed the following:

    1.     Motion to File Agreed Amended Answer;

    2.     Declaration of Scott Marlow in Support;

IT IS SO ORDERED:

    1.     Defendants' Motion to File an Amended Answer (Dkt. No. 44) is GRANTED.

//

//

//

ORDER GRANTING DEFENDANTS' MOTION TO
FILE AMENDED ANSWER - 1
USDC #C25-1705-JCC

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 25th day of March, 2026.

_John C Coughenour_

_____

HONORABLE JOHN C. COUGHENOUR
United States District Court Magistrate Judge

Presented by:

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By:  _s/Scott A. Marlow_
SCOTT A. MARLOW, WSBA #25987
KARI CARRILLO, WSBA #61214
Deputy Prosecuting Attorneys
Snohomish County Prosecutor's Office-Civil Division
7th Floor, Admin. East/Robert Drewel Bldg.
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201
Ph:  (425) 388-6330
Fax:  (425) 388-6333
Scott.Marlow@co.snohomish.wa.us
Kari.Carrillo@co.snohomish.wa.us
*Attorneys for Defendants Snohomish County,*
*Jeffery D. Goodwin, Jennifer Rancourt,*
*Jason Cummings, Adam Cornell,*
*Elise Deschenes, and Matthew Baldock*

ORDER GRANTING DEFENDANTS' MOTION TO
FILE AMENDED ANSWER - 2
USDC #C25-1705-JCC

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333