THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CONCEPTION ANDERSON, | CASE NO. C25-1705-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SNOHOMISH COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and amend the scheduling order (Dkt. No. 55). Finding good cause, the Court **continues trial to July 12, 2027,** and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Discovery Cutoff | March 15, 2027 |
| Rule 39.1 Mediation | March 29, 2027 |
| Dispositive Motions | April 13, 2027 |
| Pretrial Order and Motions *in Limine* | June 28, 2027 |
| Trial Briefs and Other Pretrial Filings | July 2, 2027 |

MINUTE ORDER
C25-1705-JCC
PAGE - 1

DATED this 23rd day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-1705-JCC
PAGE - 2