THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CONCEPTION ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, *et al.*,<br><br>Defendants. | CASE NO. C25-1705-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion (Dkt. No. 57) to compel April Berg's compliance with an amended subpoena *deuces tecum*, served on Ms. Berg on June 26, 2026. (Dkt. No. 57-1 at 31–42). The Court GRANTS the motion, in part, as described below.

According to an e-mail dated July 16, 2026, purportedly from Ms. Berg, she performed a search for documents responsive to the subpoena and found nothing. (*See* Dkt. No. 57-1 at 88.) In such instances, it is reasonable for the Court to task Ms. Berg with providing (to Plaintiff) a declaration made under penalty of perjury attesting that no such documents were found within Ms. Berg's custody, possession or control and describing in *detail* the processes taken to locate such documents. *See, e.g.*, *Acosta v. JY Harvesting, Inc.*, 2017 WL 3437654, slip op. at 5 (S.D. Cal. 2017).

Within 14 days of service of this order (by Plaintiff), Ms. Berg is COMMANDED to produce any newly discovered document in her possession responsive to the June 26, 2026

subpoena (not yet produced) and to execute and return to Plaintiff a sworn declaration pursuant to 28 U.S.C. § 1746 describing the following: (1) the *specific* search terms used; (2) the accounts, devices, and platforms searched; (3) the date range searched; (4) whether deleted communications were searched and by what method; and (5) the basis for withholding any responsive document.

So ORDERED this 3rd day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE