THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CONCEPTION ANDERSON,<br>Plaintiff,<br>v.<br>SNOHOMISH COUNTY, *et al.*,<br>Defendants. | CASE NO. C25-1705-JCC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on the parties' joint motion (Dkt. No. 85), trial is continued to January 10, 2028 and amended case management dates are as follows:

| **Event** | **Date/Deadline** |
|---|---|
| Discovery Cutoff | September 13, 2027 |
| Rule 39.1 Mediation | September 27, 2027 |
| Dispositive Motions | October 12, 2027 |
| Motions in Limine & Pretrial Order | December 13, 2027 |
| Proposed Verdict Forms, Voir Dire, and Jury Instructions | December 27, 2027 |
| Trial Briefs and Pretrial Filings | January 3, 2028 |

DATED this 23rd day of September 2027.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk