THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CONCEPTION ANDERSON,<br>Plaintiff,<br>v.<br>SNOHOMISH COUNTY, *et al.*,<br>Defendants. | CASE NO. C25-1705-JCC<br>ORDER |

This matter comes before the Court on the parties' motions to seal (Dkt. Nos. 107, 123), which the Court GRANTS for good cause.[1] Thus, the Clerk is DIRECTED to maintain docket numbers 108 and 124 under seal.

So ORDERED this 13th day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[1] *See Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).