THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY CONCEPTION ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, *et al.*,<br><br>Defendants. | CASE NO. C25-1705-JCC<br><br>ORDER |

On September 24, 2026, the Court granted Plaintiff's motion to compel (Dkt. No. 60), in part, and invited briefing on and an accounting of Plaintiff's reasonable attorney fees in so moving. (*See generally* Dkt. No. 87.) Based on that briefing, the Court now FINDS that Defendants' failure to produce was substantially justified or, to the extent it was not, that a fee award would be unjust under the circumstances. (*See generally* Dkt. Nos. 88, 109, 114.) Accordingly, the Court DECLINES to award Rule 37(a)(5) fees in this instance.

So ORDERED this 19th day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE